UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| Bernard Black, as trustee of the Irrevocable Trust for the Benefit of the Issue of Renata Black | : | Case No. 23-1377 |
| v. | : | |
| Joanne Black | | |

**MOTION (April 1, 2024) by Appellant for Additional Time to File Initial Brief**

Bernard Black ("Appellant"), acting *pro se*, in his capacity as trustee of the Irrevocable Trust for the Benefit of the Issue of Renata Black (the "Issue Trust"), hereby moves for leave to file a Supplemental Appendix together with his reply brief. The Supplemental Appendix contains additional documents which Appellant believe are important to accompany his reply. These documents provide a more complete picture to the appellate panel.

This is an appeal of a sanctions decision. Many relevant documents lie outside the limited record below. They are relevant because District Court reached outside the record to justify imposing sanctions. Appellant must do so as well to defend his own conduct.

Appellant has sought to confer with opposing counsel on this request, but opposing counsel has not responded to appellant's inquiry. Opposing counsel also failed to respond to Appellant's effort to confer for prior motions concerning filing deadlines.

/s/ Bernard S. Black

Bernard S. Black
Pro se, as Issue Trust Trustee
July 21, 2024

1

**CERTIFICATE OF SERVICE**

    I hereby certify that I served a true and correct copy of the foregoing document on Junly 22, 2023, to the following individual(s) by the method(s) indicated below.

<u>Via ECF</u>:
Counsel for Joanne Black
DiPonio and DiPonio LLC
Lisa ReneeMarie DiPonio
7931 S. Broadway # 348
Littleton CO 80120
diponiolawfirm@comcast.net

                                            /s/ Bernard S. Black

                                            Bernard S. Black
                                            Pro se, as Issue Trust Trustee